Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000004
01-MAY-2014
10:10 AM

NOS. CAAP-13-0000004; CAAP-13-0000005; CAAP-13-0000006
CAAP-13-0000007; CAAP-13-0000010

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
KALIKO KANA'ELE, Defendant-Appellant

APPEAL FROM THE DISTRCT COURT OF THE THIRD CIRCUIT
(NORTH/SOUTH HILO DIVISION)
(CASE NOS. 3DTC-09-000112, 3DTC-09-029447, 3DTA-10-03972,
3DTC-12-001003, 3DTA-12-01576)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on
March 31, 2014, is hereby corrected as follows:

1.  On page 1, in the lower court case numbers in the
caption, the abbreviation "NO." should be plural and the first
case number "1DTC-09-000112" should be "3DTC-09-000112" so that
as corrected, the text reads: "(CASE NOS. 3DTC-09-000112,
3DTC-09-029447, 3DTA-10-03972, 3DTC-12-001003, 3DTA-12-01576)."

---

[1]  Nakamura, Chief Judge, and Fujise and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, May 1, 2014.

FOR THE COURT:

Chief Judge